IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  4: CR 18- 70
: CRIMINAL NO.
v.  :
: JUDGE          JUDGE BRANN
MICHAEL MOORE,  :
:
Defendant  :  FILED VIA ECF

INDICTMENT

THE GRAND JURY CHARGES:

FILED
WILLIAMSPORT
FEB 22 2018
PER_____
DEPUTY CLERK

COUNT ONE
Possessing Contraband in Prison
18 U.S.C. §1791(a)(2)

On or about September 9, 2017, at the United States Penitentiary, Allenwood, within the Middle District of Pennsylvania, the defendant,

MICHAEL MOORE,

being an inmate of the United States Penitentiary, Allenwood, located in White Deer, Pennsylvania, did knowingly possess a prohibited object, that is, a homemade sharpened piece of plastic, commonly referred to as a "shank," that was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

2/22/18
DATE

███████████████
FOREPERSON

DAVID J. FREED
UNITED STATES ATTORNEY

2/22/18
DATE

BY: ███████████████
ALISAN VANFLEET
ASSISTANT U.S. ATTORNEY